

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00094-CV

| | | |
|---|---|---|
| Loch 'n' Green Village Section Two Homeowners Association, Inc. | § | From the 153rd District Court |
| | § | of Tarrant County (153-247174-10) |
| v. | | |
| | § | May 30, 2013 |
| Sharon Murtaugh, Connie J. Ragsdale, Pamela L. Johnston, Eileen Greene, and Russell Greene | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Loch 'n' Green Village Section Two Homeowners Association, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston